**FILED**

MAR 27 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> ) <br> MICHAEL PAUL THOMPSON, ) <br> ) <br> Defendant. ) <br> _____) | Mag. No. 08mj 0110 EFB <br><br> ORDER UNSEALING CRIMINAL COMPLAINT, AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT, AND ARREST WARRANT |

Upon application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the Criminal Complaint, Affidavit in Support of the Criminal Complaint, and Arrest Warrant, in the above referenced case, Mag. No. 08-0110 be, and is, hereby ordered **UNSEALED**.

DATED: March 27, 2008

_____
HONORABLE EDMUND F. BRENNAN
United States Magistrate Judge

1