```
                                              FILED
                                           March 31, 2008
UNITED STATES DISTRICT COURT FOR THE    CLERK, US DISTRICT COURT
                                         EASTERN DISTRICT OF
     EASTERN DISTRICT OF CALIFORNIA          CALIFORNIA
                                            DEPUTY CLERK
```

UNITED STATES OF AMERICA, )
) Case No. MAG. 08-0110-EFB
      Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
MICHAEL PAUL THOMPSON, )
)
      Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release MICHAEL PAUL THOMPSON, Case No. MAG. 08-0110-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ____ Release on Personal Recognizance

    _X_ Bail Posted in the Sum of: $170,000.00 or all available equity in the posted property.

          (Location stated on the record)

    ____ Unsecured Appearance Bond

    _X_ Appearance Bond with Surety

    _X_ (Other) Conditions as stated on the record.

    ____ (Other) The Defendant is ordered released forthwith under a $170,000.00 unsecured bond pending the filing of the secured bond paperwork.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 03/31/08 at 3:35 pm

By _____
Edmund F. Brennan
United States Magistrate Judge