THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant Steven Soria

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:08-cr-00169-EJG |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) Date:  January 8, 2010 |
|  | ) Time:  10:00 a.m. |
|  | ) Judge: Hon. Edward J. Garcia |
| STEVEN SORIA, et al. | ) |
| Defendant | ) |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference scheduled for January 8, 2010 at 10:00 a.m. is to be continued to February 12, 2010 at 10:00 a.m.in the same courtroom. Jason Hitt, Assistant United States Attorney, Thomas A. Johnson, attorney for Steven Soria, and Hayes Gable, attorney for Michael Thompson, are requesting such continuance in order to complete negotiations.

It is further stipulated that the period from the date of this stipulation through and including February 12, 2010, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T2 and T4 for continuity and preparation of counsel.

**IT IS SO STIPULATED.**

DATE:  January 7, 2010                                /s/ Thomas A. Johnson
                                                      THOMAS A. JOHNSON
                                                      Attorney for Defendant
                                                      STEVEN SORIA

- 2 -

1  DATE:  January 7, 2010                                           /s/ Hayes Gable
2                                                                              HAYES GABLE
                                                                                   Attorney for Defendant
3                                                                              MICHAEL THOMPSON

4  DATE:  January 7, 2010                                           BENJAMIN B. WAGNER
                                                                                   United States Attorney
5
                                                              By:              /s/   Jason Hitt
6                                                                              JASON HITT
                                                                                   Assistant U.S. Attorney
7

8      **IT IS SO ORDERED.**

9

10
    Dated:  1/7/2010
11

12

13                                                     /s/ Edward J. Garcia
                                                            HON. EDWARD J. GARCIA
14                                                     U.S. District Court Judge