1  HAYES H. GABLE III
   Attorney at Law
2  State Bar No. 60368
   428 J Street, Suite 350
3  Sacramento, CA 95814
   (916) 446-3331
4  Fax: (916) 447-2988

5  Attorney for Defendant
   MICHAEL PAUL THOMPSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Cr. S-08-169 EJG |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE: VACATION OF STATUS CONFERENCE AND EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT** |
| vs. | |
| **MICHAEL PAUL THOMPSON**, | Hon. Edward J. Garcia |
| Defendant(s). | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jason Hitt, and defendant Michael Paul Thompson, by and through his counsel, Hayes H. Gable III, agree and stipulate to vacate the existing hearing date in the above-captioned action, March 26, 2010. The reason for this request is that the matter is set for trial on May 24, 2010, and for trial confirmation hearing on May 7, 2010. It is the defendant's intention to change his plea at the trial confirmation hearing. Further, the March 26th status conference was requested by co-defendant Soria, whose matter has previously been continued to another date.

The Court has previously excluded time to May 24, 2010, for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation. The parties agree and stipulate that the exclusion of

time is proper.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

DATE: March 25, 2010

                                               s/Hayes H. Gable, III
**HAYES H. GABLE, III**
Attorney for Defendant
**MICHAEL PAUL THOMPSON**

DATE: March 25, 2010

                                               s/Hayes H. Gable, III for
**JASON HITT**
Asst. U.S. Attorney

### ORDER FINDING EXCLUDABLE TIME

For the reasons set forth in the accompanying stipulation and declaration of counsel, the above-entitled action is continued to May 7, 2010 at !0:00 a.m. for trial confirmation hearing and change of plea. The court finds excludable time in this matter from the filing of this stipualtion,  through May 24, 2010, under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(8)(A), (h)(8)(B)(iv).

IT IS SO ORDERED.

DATE: 3/25/2010

                                               /s/Edward J. Garcia
**HON. EDWARD J. GARCIA**
U.S. District Court Judge